1010

[No. 23586-9-I. Division One. September 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD SHELLIE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 85-1-00045-6, Richard L. Pitt, J., entered December 22, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis, J., Baker, J., dissenting.

[No. 23868-0-I. Division One. September 17, 1990.]

WILLIAM HONCOOP, ET AL, *Appellants*, v. ROGER M. LEED, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-18663-8, Frank L. Sullivan, J., entered March 9, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Webster, JJ.

[No. 24232-6-I. Division One. September 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON LEROY DENBOER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-03726-1, Robert E. Dixon, J., entered May 24, 1989. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 25755-2-I. Division One. September 17, 1990.]

NILS STROM, ET AL, *Appellants*, v. PACIFIC MARINE INSURANCE COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-03546-0, Arthur E. Piehler, J., entered March 1, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Webster, JJ.